UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **EDWARD RENEE HARDEN,** | ) |
| Petitioner, | ) No. CV 08-3443 RGK (AJW) |
| v. | ) |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | ) ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Respondents. | ) |

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

    DATED: September 29, 2011

                                                                           _____
                                                                           R. Gary Klausner
                                                                           United States District Judge