UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **EDWARD RENEE HARDEN,** | ) | CV NO. 08-3443-RGK(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,** | ) | |
| Respondents. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: September 29, 2011

_____
R. Gary Klausner
United States District Judge